UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

ALFONSO TORRES           :

        Plaintiff(s)   :   **JUDGMENT**

(vs)                     :   Civil #08-00341 (RBK)

BAYSIDE STATE PRISON, ET AL.   :

        Defendant(s)  :

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on April 13, 2011 and no timely objection having been filed,

IT IS, on this    30th    day of August, 2011

ORDERED that the report of Hon. John W. Bissell dated April 13, 2011 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Alfonso Torres.**

_____
HON. ROBERT B. KUGLER, U.S.D.J.